JTM USAO#2015R000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 23 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. ELH-15-0356 |
| | * | |
| GREGORY GERARD STOCKS, | * | (Possession of Child Pornography, |
| | * | 18 U.S.C. § 2252A(a)(5)(B); |
| Defendant | * | Forfeiture, 18 U.S.C. § 2253) |
| | * | |

\*\*\*\*\*\*

## INFORMATION

### COUNT ONE
(Possession of Child Pornography)

The United States Attorney for the District of Maryland charges that:

On or about April 2, 2015, in the District of Maryland, the defendant,

**GREGORY GERARD STOCKS,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess an Imation DVD-R with handwritten label "Pxx", "STR8 Fraternity", and "Gay Chicken etc" which was manufactured in Greater Noida, India, that did contain child pornography, including, but not limited to, files with the following titles: "Y – Pedo – B, M – Boy Gets Fucked by Man – Zadoom Pedo Man Fuck Boy 8yr.wmv", which is a video file that depicts a nude prepubescent male laying on his back atop a nude adult male who is penetrating the prepubescent male child's anus with his erect penis; "5485247xEx.jpg", which is

an image file that depicts a prepubescent male in a seated position whose legs are spread with a black colored object penetrating his rectum; "Olyo toddler-boy-babyhee-04 3m06s.avi", which is a video file of a male infant with his genitals exposed as an adult male uses his hand to masturbate the infant and then depicts an adult male pressing his penis onto the infant's genitals and rectum. 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2)

## COUNT TWO
(Possession of Child Pornography)

The United States Attorney for the District of Maryland further charges that:

On or about April 2, 2015, in the District of Maryland, the defendant,

**GREGORY GERARD STOCKS,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess a HP DVD-R with handwritten label "Boys 2" and "8-5-10" which was manufactured in Taiwan, that did contain child pornography, including, but not limited to, files with the following titles: "!!!!!!!!!!!!!!!!!!!!2.jpg" which is an image file that depicts the genital area and rectum of a male infant as it is being penetrated by an adult penis; "!!!Fodade_paifiho.jpg" which is an image file that depicts a nude prepubescent male child and a nude adult male, with the adult male's erect penis penetrating the prepubescent child's anus.

18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2)

## FORFEITURE ALLEGATION

As a result of the offenses set forth in Counts One and Two the defendant,

**GREGORY GERARD STOCKS,**

shall forfeit to the United States her interest in all property, real and personal, (1) that was used, or intended to be used, to commit or to promote the commission of the offenses in Counts One and Two, specifically, an Imation DVD-R; a Maxwell CD-R; an HP DVD-R; and any other digital storage device or computer used to distribute, receive, and/or possess any files depicting child pornography; as well as any property traceable to such property; or (2) that constitutes or is traceable to gross profits or other proceeds obtained, directly or indirectly, as a result of the offenses in Counts One and Two.

18 U.S.C. § 2253

6/22/15
Date

Rod J. Rosenstein by JTM
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY